RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Melvin Dillon

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00149-JAD-EJY |
| Plaintiff, | **UNOPPOSED MOTION FOR PREPARATION OF PRE-PLEA PRESENTENCE INVESTIGATION REPORT (PSR)** |
| v. | |
| MELVIN DILLON, | |
| Defendant. | |

Defendant Melvin Dillon requests the Court enter an order directing the United States Department of Probation to prepare a Pre-Plea Presentence Investigation Report (PSR) to determine the defendant's Criminal History.

On May 17, 2019, Mr. Dillon was charged in a three-count criminal indictment. ECF No. 1. On June 12, 2019, a grand jury returned a six-count indictment charging Mr. Dillon with: one count of Conspiracy to Distribute Fentanyl, in violation of 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B)(vi); three counts of Distribution of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C); and one count of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1). ECF No. 24. Mr. Dillon is attempting to resolve this case short of trial. Based on defense counsel's review of Mr. Dillon's criminal record, there appear to be a number of issues with respect to how his prior convictions will be counted and whether he will be deemed a Career Offender under USSG § 4B1.1.

To satisfy Mr. Dillon's concerns and to assure that he has the information he needs to make a truly knowing and intelligent decision, he has requested that a Pre-Plea Presentence Investigation Report be completed. Defense counsel has spoken with AUSA Robert Knief and he does not oppose this motion.

### Conclusion

For the foregoing reasons, Mr. Dillon respectfully requests the Court order the United States Department of Probation to prepare a Pre-Plea Presentence Investigation Report to determine his Criminal History Points and corresponding Criminal History Category.

DATED this 27th day of December, 2019.

RENE L. VALLADARES
Federal Public Defender

By: _/s/ Kathryn C. Newman_

KATHRYN C. NEWMAN
Assistant Federal Public Defender
Attorney for Melvin Dillon

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the United States Department of Probation shall prepare a Pre-Plea Presentence Investigation Report (PSR) with respect to Defendant Melvin Dillon's Criminal History Points and corresponding Criminal History Category.

United States Magistrate Judge

Dated: January 3, 2020

2