CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com

*Attorney for Melvin Dillon*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO:  2:19-cr-00149-JAD-EJY |
| Plaintiff, |  |
| vs. | **ORDER** |
|  | (First Request) |
| MELVIN DILLON, |  |
| Defendant. |  |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1.    Defense Counsel has prearranged travel plans to visit family in Canada on the current arraignment date.

2.    The parties agree to the continuance.

3.    Defendant Melvin Dillon is in custody, and he does not oppose the requested continuance.

4.    The additional time requested herein will not affect the currently scheduled trial date. The additional time requested by this stipulation is excludable in computing the time within which a trial must commence pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(h)(1)(D) and 3161(h)(7)(A), and 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

3

5.   The additional time requested herein is not sought for purposes of delay.

6.   Additionally, denial of this request for continuance could result in a miscarriage of justice.

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to prepare for the arraignment effectively and thoroughly, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED that the arraignment currently scheduled for November 23, 2021, at the hour of 1:00 p.m. be vacated and continued to the 3rd day of December, 2021, at the hour of 1:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED AND DONE this 19th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE