CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com
*Attorney for Defendant Dillon*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MELVIN DILLON,<br><br>　　　　Defendant. | CASE NO.: 2:19-cr-00149-JAD-EJY-1<br><br>**STIPULATION AND ORDER TO<br>CONTINUE SENTENCING HEARING** |

　　　　IT IS HEREBY STIPULATED AND AGREEED by MELVIN DILLON, by and through his attorney, CHRISTOPHER R. ORAM, ESQ., and the United States of America, by and through SOKOLICH, KIMBERLY, Assistant United States Attorney, that the sentencing hearing scheduled for September 12, 2022, be continued for a date and time convenient to this Honorable Court, after October 4, 2022.

　　　　The request for a continuance is based upon the following:

1. The Defendant's counsel, Mr. Oram, is currently the co-counsel in a capital murder trial in State court (State vs. McCarty), in which the defendant is accused of a double homicide, among other counts. The trial, including a potential penalty phase, is expected to continue for another two weeks. Counsel will need to more time to review the Probation Officer's Revised

Presentence Report to adequately represent Mr. Dillon during the sentencing hearing.

2. The Defendant's counsel, Mr. Oram, will be out of state in late September, and will be not returning until October 4th.

3. The Government has no objection to the continuance.

4. Mr. Dillon does not object to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: September 02, 2022.

Respectfully submitted,

/s/*Kimberly Sokolich*  
Kimberly Sokolich, Esq.  
Assistant United States Attorney  
501 Las Vegas Blvd. South, Suite  
Las Vegas, NV 89101  
*Attorney for the United States of America*

/s/ *Christopher R. Oram*  
Christopher R. Oram, Esq.  
Nevada Bar No. 4349  
520 S. Fourth Street, Second Floor  
Las Vegas, NV 89101  
*Attorney for Defendant Dillon*

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for September 12, 2022, at 11:00 a.m., be vacated and continued to November 8, 2022, at 10:00 a.m.

Dated: September 8, 2022.

_____  
U.S. District Judge Jennifer A. Dorsey