CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com
*Attorney for Defendant Dillon*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:19-cr-00149-JAD-EJY-1 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| MELVIN DILLON, | **(Second Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREEED by MELVIN DILLON, by and through his attorney, CHRISTOPHER R. ORAM, ESQ., and the United States of America, by and through MS. SOKOLICH Assistant United States Attorney, that the sentencing hearing scheduled for November 10, 2022, be continued for a date and time convenient to this Honorable Court, after December 15, 2022.

The request for a continuance is based upon the following:

1. The Defendant's counsel, Mr. Oram, is currently the co-counsel in a two murder trials in State court, State vs. Sewell and State vs. McCarty[1]. The two trials are both scheduled to begin on November 14, and Counsel must

---

[1] Mr. McCarty's trial, which was the pervious reason for the first extension, resulted in a hung jury, and a retrial is necessary.

1

prepare for both of these trials. As such, Counsel will need to more prepare for the sentencing to adequately represent Mr. Dillon during the sentencing hearing.

2. The Government has no objection to the continuance.

3. Mr. Dillon does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: October 27th, 2022.

Respectfully submitted,

/s/ __Kimberly Sokolich__ .
Kimberly Sokolich, Esq.
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite
Las Vegas, NV 89101
*Attorney for the United States of America*

/s/ *Christopher R. Oram*
Christopher R. Oram, Esq.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101
*Attorney for Defendant Dillon*

**ORDER**

IT IS ORDERED that the sentencing and disposition currently set for November 10, 2022, is vacated and continued to December 19, 2022, at 2:00 p.m.

Jennifer A. Dorsey, U.S. District Judge